NUMBER
13-10-00079-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

KAREN A. GARCIA,                                                                      Appellant,

 

                                                             v.

 

ARTURO E. GARCIA,                                                                    Appellee.

____________________________________________________________

 

                           On
appeal from the 444th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

      Before Chief Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Karen A. Garcia, perfected an appeal from a judgment entered by the 444th
District Court of Cameron County, Texas, in cause number 2008-12-6772-H.  On
March 11, 2010, this Court abated and remanded this appeal to the trial court
for further proceedings in accordance with Texas Rule of Civil Procedure 306a. 
Appellant has filed a motion to dismiss the appeal on grounds that she no
longer wishes to pursue this appeal.  Appellant requests that this Court
dismiss the appeal.  Accordingly, we REINSTATE the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  In accordance with the agreement of the
parties, costs are taxed against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith. 
Any pending motions are dismissed as moot.

 

PER CURIAM

Delivered and filed the

20th day of May, 2010.